## CUSTOM MOLDERS, INC. v. ROPER CORP.

No. 161A91

Case below: 101 N.C.App. 606

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 2 May 1991.

## GREER v. WATSON

No. 42P91

Case below: 101 N.C.App. 242

Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## HENDERSON v. LeBAUER

No. 136P91

Case below: 101 N.C.App. 255

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## IN RE ANSEL v. COMR. OF MOTOR VEHICLES

No. 133P91

Case below: 101 N.C.App. 574

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## INTEGON GENERAL INS. CORP. v. UNIVERSAL UNDERWRITERS INS. CO.

No. 45P91

Case Below: 101 N.C.App. 243

Petition by plaintiff (Integon) for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.